**DISMISS; and Opinion Filed August 5, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00574-CV

**MARK THOMPSON, Appellant**
**V.**
**TRACY MCSPEDDEN, AS POWER OF ATTORNEY**
**FOR MARY ALICE THOMPSON, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03534**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Fillmore

We **REINSTATE** this appeal.

On July 11, 2012, the Court abated this appeal after being informed that appellant had filed a bankruptcy petition. *See* 11 U.S.C. § 362; TEX. R. APP. P. 8.2. Before the Court is appellant's August 3, 2015 unopposed motion to dismiss the appeal. In the motion, appellant informs the Court that the bankruptcy court has discharged the debt that is the subject of this appeal.

Appellant no longer desires to pursue the appeal and asks that it be dismissed. We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

120574F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARK THOMPSON, Appellant

No. 05-12-00574-CV      V.

TRACY MCSPEDDEN, AS
POWER OF ATTORNEY FOR
MARY ALICE THOMPSON, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-12-03534.
Opinion delivered by Justice Fillmore.
Justices Myers and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.


Judgment entered this 5th day of August, 2015.